FILED
14-1019
11/10/2015 1:48:15 PM
tex-7765876
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# NO. 14-1019

## IN THE SUPREME COURT OF TEXAS

---

**YVONNE CARDWELL,**

*Petitioner,*

v.

**WHATABURGER RESTAURANTS LLC,**

*Respondent.*

---

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

---

Craig A. McDougal and S. Wesley Butler, attorneys of record for Defendants U.S. Foods, Inc. and Gilberto Louie Alarcon, hereby give notice of the change of the firm name from Crouch & Ramey, L.L.P. to Kilpatrick, Townsend & Stockton LLP and change of email addresses as set forth below:

Craig A. McDougal
cmcdougal@kilpatricktownsend.com
W. Alan Wright
alan.wright@kilpatricktownsend.com
S. Wesley Butler
wbutler@kilpatricktownsend.com
Christin J. Jones
cjones@kilpatricktownsend.com

Kilpatrick, Townsend & Stockton LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7100
Facsimile: (214) 922-7101

Please revise your records to reflect this new name and email addresses.

---

Respectfully submitted,

By:  /s/ S. Wesley Butler

**Craig A. McDougal**
State Bar No. 13569850
cmcdougal@kilpatricktownsend.com
**W. Alan Wright**
State Bar No. 22062700
awright@kilpatricktownsend.com
**S. Wesley Butler**
State Bar No. 24045593
wbutler@kilpatricktownsend.com
**Christin J. Jones**
State Bar No. 24070017
cjones@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON, LLP**
2001 Ross Ave., Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7100
Telecopier: (214) 922-7101

**ATTORNEYS FOR RESPONDENT WHATABURGER RESTAURANTS LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record via first class mail, postage prepaid, and/or electronic service on this 10TH day of November, 2015.

Jeffrey B. Pownell
SCHERR & LEGATE, PLLC
109 N. Oregon, 12th Floor
El Paso, Texas 79901
*Attorneys for Petitioner Yvonne Cardwell*

/s/ S. Wesley Butler
S. Wesley Butler